1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DARRELL RAY WYNNE,                       No.  2:20-cv-1669 WBS DB P

12              Plaintiff,

13        v.                                   ORDER

14    SUPERIOR COURT OF CALIFORNIA, et
      al.,
15
                Defendants.
16

17
          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief
18
      under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to
19
      28 U.S.C. § 636(b)(1)(B) and Local Rule 302.
20
          On December 2, 2020, the magistrate judge filed findings and recommendations herein
21
      which were served on plaintiff and which contained notice to plaintiff that any objections to the
22
      findings and recommendations were to be filed within thirty days.  Plaintiff has not filed
23
      objections to the findings and recommendations.
24
          The court has reviewed the file and finds the findings and recommendations to be
25
      supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
26
      ORDERED that:
27
          1.  The findings and recommendations filed December 2, 2020, are adopted in full; and
28
                                               1

     2. This action is dismissed without prejudice for failure to prosecute.  See E.D. Cal. R. 183(b).

Dated:  January 19, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DLB:9/wynn1669.800

2